**94–1781.** Karmasu v. Wilkinson. *Warren County,* No. CA94–04–040. Appellant has filed an untimely notice of appeal of the court of appeals' decision entered on April 20, 1994, and a motion for delayed appeal. This appeal involves a civil matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken, effective August 19, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.